**EXHIBIT A**

Sign Up   Learn More   Blog   Sign In »

# Sign Up

Uber provides licensed, professional drivers the ability to receive and fulfill on-demand car service reservations as your private driver. You'll receive a text message when your driver has arrived!

## Personal Information

| | |
|---|---|
| First Name | |
| Last Name | |
| Email Address | |
| Password | |
| Country | |
| Language | English |

## Mobile Phone Information

| | |
|---|---|
| Country | |
| Mobile Number | +1 |

## Payment Information

| | |
|---|---|
| Credit Card Number | |
| Expiration Date | 01 / 2012 |
| Security Code | |
| Type of Card | Personal |

## Promotion Code

| | |
|---|---|
| Code | |

## Legal Information

By signing up, I agree to the Uber <u>Terms and Conditions</u> and <u>Privacy Policy</u> and understand that Uber is a request tool, not a transportation carrier.

Standard Message and Data Rates May Apply. Reply **HELP** to 827-222 for help. Reply **STOP** to 827-222 to stop texts. For additional assistance, visit support.uber.com or call (866) 576-1039. Supported Carriers: AT&T, Sprint, Verizon Wireless, and T-Mobile ®.

☐ I agree to the Terms & Conditions and Privacy Policy

**Sign Up**

---

**Info**
Learn More
Pricing
Support & FAQ
Apply to Drive

**Social**
Twitter
Facebook
Blog
Contact Us

**Phones**
iPhone
Android
Web & SMS

**Company**
Privacy Policy
Terms
Copyright
Jobs

Copyright © Uber Technologies, Inc.

Language:  **English (US)**   Español   Français   English (UK)   Nederlands