# EXHIBIT B

Sign Up   Learn More   Blog   Sign In »

## Sign Up

Uber provides licensed professional drivers the ability to receive and fulfill on-demand car service reservations as your private driver. You'll receive a text message when your driver has arrived!

**Personal Information**

| | |
|---|---|
| First Name | |
| Last Name | |
| Email Address | |
| Password | |
| Country | |
| Language | English |

**Mobile Phone Information**

| | |
|---|---|
| Country | |
| Mobile Number | +1 |

**Payment Information**

| | |
|---|---|
| Credit Card Number | |
| Expiration Date | 01 / 2012 |
| Security Code | |
| Type of Card | Personal |

**Promotion Code**

| | |
|---|---|
| Code | |

**Legal Information**

By signing up I agree to the Uber <u>Terms and Conditions</u> and <u>Privacy Policy</u> and understand that Uber is a request tool not a transportation carrier.

Standard Message and Data Rates May Apply. Reply **HELP** to 827-222 for help. Reply **STOP** to 827-222 to stop texts. For additional assistance visit support.uber.com or call (866) 576-1039. Supported Carriers: AT&T Sprint Verizon Wireless and T-Mobile ®.

☐ I agree to the Terms & Conditions and Privacy Policy

**Sign Up**

| Info | Social | Phones | Company | |
|---|---|---|---|---|
| Learn More | Twitter | iPhone | Privacy Policy | Copyright © Uber Technologies Inc. |
| Pricing | Facebook | Android | Terms | Language: **English (US)**   Español   Français |
| Support & FAQ | Blog | Web & SMS | Copyright | English (UK)   English (AU)   Nederlands |
| Apply to Drive | Contact Us | | Jobs | Swedish (Sweden)   Italian (Italy) |