# EXHIBIT C

Sign Up   Learn More   Blog   Sign In »

## Sign Up

Uber provides licensed, professional drivers the ability to receive and fulfill on-demand car service reservations as your private driver. You'll receive a text message when your driver has arrived!

**Personal Information**

First Name

Last Name

Email Address

Password

Country

Language

**Mobile Phone Information**

Country

Mobile Number   +1

**Payment Information**

Credit Card Number

Expiration Date   01  2012

Security Code

Type of Card   Personal

**Promotion Code**

Code

**Legal Information**

By signing up, I agree to the Uber <u>Terms and Conditions</u> and <u>Privacy Policy</u> and understand that Uber is a request tool, not a transportation carrier.

Standard Message and Data Rates May Apply. Reply **HELP** to 827-222 for help. Reply **STOP** to 827-222 to stop texts. For additional assistance, visit support.uber.com or call (866) 576-1039. Supported Carriers: AT&T, Sprint, Verizon Wireless, and T-Mobile ®.

*You must agree to the Uber Terms and Conditions and Privacy Policy to continue.*

☐ I agree to the Terms & Conditions and Privacy Policy

[Sign Up]

**Info**
Learn More
Pricing
Support & FAQ
Apply to Drive

**Social**
Twitter
Facebook
Blog
Contact Us

**Phones**
iPhone
Android
Web & SMS

**Company**
Privacy Policy
Terms
Copyright
Jobs

Copyright © Uber Technologies, Inc.

Language:   **English (US)**   Español   Français   English (UK)   Nederlands