**EXHIBIT D**

Sign Up    Learn More    Blog    Sign In »

## Sign Up

Uber provides licensed professional drivers the ability to receive and fulfill on-demand car service reservations as your private driver. You'll receive a text message when your driver has arrived!

### Personal Information

- First Name
- Last Name
- Email Address
- Password
- Country
- Language [English]

### Mobile Phone Information

- Country
- Mobile Number  +1

### Payment Information

- Credit Card Number
- Expiration Date  [01] [2012]
- Security Code
- Type of Card  [Personal]

### Promotion Code

- Code

### Legal Information

By signing up I agree to the Uber **Terms and Conditions** and **Privacy Policy** and understand that Uber is a request tool not a transportation carrier.

Standard Message and Data Rates May Apply. Reply **HELP** to 827-222 for help. Reply **STOP** to 827-222 to stop texts. For additional assistance visit support.uber.com or call (866) 576-1039. Supported Carriers: AT&T Sprint Verizon Wireless and T-Mobile ®.

*You must agree to the Uber Terms and Conditions and Privacy Policy to continue.*

☐ I agree to the Terms & Conditions and Privacy Policy

[Sign Up]

---

**Info**
- Learn More
- Pricing
- Support & FAQ
- Apply to Drive

**Social**
- Twitter
- Facebook
- Blog
- Contact Us

**Phones**
- iPhone
- Android
- Web & SMS

**Company**
- Privacy Policy
- Terms
- Copyright
- Jobs

Copyright © Uber Technologies Inc.

Language:  **English (US)**  Español  Français
English (UK)  English (AU)  Nederlands
Swedish (Sweden)  Italian (Italy)