**EXHIBIT F**



Hi Jacqueline,

With your help, we've been able to bring Uber to more than 400 cities in 72 countries. And that's in just a little over 6 years. In light of that growth and some changes to our services, we've made some updates to our US Terms of Use. These updates won't change the way you usually use Uber to request rides or deliveries.

**Some key highlights:**

- We included updated information about our expanding services, like UberEATS
- We updated information about charges and payment options
- We revised our arbitration agreement which explains how legal disputes are handled
- We reorganized and clarified our terms

Our updated Terms are effective as of November 21, 2016, so please make sure to read them fully (you can access them here). If you use our app or other services on or after that date, you're confirming you've read and agree to the updated Terms. If you have any questions, please check out our help portal here.

Thanks for being part of our growing community!
The Uber Team

UBER

Get Help

View Online

Unsubscribe

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms