# EXHIBIT C



P.O. Box 19609
Johnston, RI 02919

March 23, 2020

▮

Rosemary Barajas
Uber Technologies, Inc.
1455 Market Street
Suite 400
San Francisco, CA 94103
Via Email to: rbarajas@uber.com

Case Number: ▮

▮
-vs-
Uber

Dear Parties:

This will acknowledge that the filing requirements have been met. Your case is now assigned to me for administration.

The **Consumer Arbitration Rules** have been applied to this matter.

### Answer

- The Respondent has until **April 6, 2020** to file an answer to the claim.
- Answers received after the due date will still be provided to the arbitrator.
- Please reference the Rules if filing a counterclaim.
- Per Consumer Rule R-2(e) "If no answer is filed within 14 calendar days, the AAA will assume that the respondent does not agree with the claim filed by the claimant. The case will move forward after 14 days regardless of whether an answer is filed."

### Initial List of People Form

- Please complete and return the enclosed Initial List of People Form by **April 6, 2020.** Further instructions are provided on the enclosed reference sheet as well as on the Initial List form.

### Hearing Type and Locale of In-Person Hearing

- If an in-person hearing is to be held, the requested hearing locale is Bergen County, NJ. Please refer to the Consumer Arbitration Rules for information regarding the Fixing of Locale (the city, county, state, territory and/or country where the arbitration will take place).
- If no disclosed claim or counterclaim exceeds $25,000, this matter shall be resolved by the Procedures for

the Resolution of Disputes through Document Submission contained in the Consumer Arbitration Rules, unless a party asks for a hearing or the arbitrator decides that a hearing is necessary.

**Amounts Paid or Due**

- The Consumer has paid $0.00
- $0.00 is now due from the Consumer and an invoice will separately follow. Please reference the invoice for payment options.
- The Business has paid $0.00
- $2,200.00 is now due from the Business and an invoice will separately follow. Please reference the invoice for payment options.
- Payment is now due by **April 6, 2020.**

**Next Administrative Step**

- When appropriate fees and arbitrator compensation deposits are on hand, the AAA will administratively appoint an Arbitrator from the National Roster and we will provide you with the completed arbitrator appointment documents.
- Upon appointment of the arbitrator, the Case Management Fee is due from the Business. Send to my attention any requests to delay the appointment of the arbitrator. However, the Case Management Fee is incurred by the Business sixty (60) days from the date of this letter.

**Cybersecurity and Privacy**

- Please review the enclosed *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy*, and *AAA-ICDR® Cybersecurity Checklist*.

**Online Settlement Tool and Mediation**

- We invite the parties to utilize the AAA WebFile® Online Settlement Tool, which affords you the ability to engage in online settlement negotiations. Through this tool, the parties can submit offers and counteroffers, as well as reject or accept these offers. For a step-by-step guide, please see the Online Settlement Tool Guide located on our website's Consumer landing page, www.adr.org/consumer.
- Mediation is available to the parties at any time prior to the issuance of the award. If you would like more information about the AAA's mediation services please contact me or visit AAAMediation.org.

**Small Claims Court Option**

- We draw your attention to R-9 of the Consumer Arbitration Rules. If a party's claim is within the jurisdiction of a small claims court, either party may choose to exercise the small claims option. If either party would like this matter decided by a small claims court, please send your written request to the case administrator and copy all other parties. If the parties disagree over whether the claim is within the jurisdiction of a small claims court, the case will proceed in arbitration and the arbitrator may make a final determination on whether the claim may proceed to small claims court.

Please review the enclosed Consumer Arbitration Reference Sheet for more information about topics, such as AAA WebFile® and Cybersecurity and Privacy. Also, view our website at www.adr.org for additional information regarding the administration process.

The AAA appreciates the opportunity to assist you with your dispute resolution needs.

Sincerely,



Enclosures
cc: