**EXHIBIT D**



AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

Western Case Management Center
Neil Currie
Vice President
45 E River Park Place West, Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

April 30, 2020

Catherine Cabalo, Esq.
Peiffer Wolf Carr & Kane, PLC
4 Embarcadero Center
Suite 1400
San Francisco, CA 94111
Via Email to: ccabalo@pwcklegal.com

Rosemary Barajas
Uber Technologies, Inc.
1455 Market Street
Suite 400
San Francisco, CA 94103
Via Email to: rbarajas@uber.com

Case Number: 01-20-0003-9204

Lucia Greco
-vs-
Uber Technologies, Inc.

Dear Parties:

The above-referenced case, was filed with the American Arbitration Association (AAA) on March 27, 2020.  In its April 18, 2020 letter, attached for reference, the AAA declined to administer the matter and closed its file.

The April 18th letter stated in part: "If Uber Technologies, Inc. advises the AAA in the future of its intention to comply with the AAA's Consumer Arbitration Rules and, if applicable, resolves any outstanding payment obligations, the AAA may consider, at its sole discretion, accepting newly filed consumer cases going forward."

Uber has now addressed the issue, which means they will be reinstated to the AAA's Consumer Clause Registry (Registry) and the AAA will accept consumer cases filed from today's date going forward.

In light of the reinstatement to the Registry, Uber has requested that we consider reopening this case.  Because this case was previously closed, the AAA will not reopen the matter unless the parties agree to reopen the matter, or the AAA will abide by any court order directing the manner in which the previously closed case should or should not proceed.  In addition, if the Claimant wishes to refile the case at this time, the AAA would administer this case.  Otherwise, the case will remain closed as stated in our letter of April 18, 2020.

Sincerely,

/s/
Cathe Stewart
Assistant Vice President
Direct Dial: (877) 490-1840
Email: StewartC@adr.org

Enclosure

cc :
Tien Le; Via Email to: tle@pwcklegal.com
Tracey Cowan, Esq.; Via Email to: tcowan@pwcklegal.com
AAA Consumer Case Filing Team; Via Email to: consumerfiling@adr.org