Andrew M. Spurchise, Bar No. 245998
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719

Alice H. Wang, Bar No. 289631
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendants
UBER TECHNOLOGIES, INC.; RASIER, LLC;
and RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUCIA GRECO,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC,<br><br>    Defendants. | Case No. 4:20-cv-02698-YGR<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC AND RASIER-CA, LLC'S AMENDED NOTICE OF HEARING ON MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date:          September 1, 2020<br>Time:         2:00 p.m.<br>Judge:       Hon. Yvonne Gonzalez Rogers<br>Location:   1301 Clay Street, Ctrm. 1,<br>                   4th Floor.<br><br>Complaint Filed: April 19, 2020 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.  (Case No. 4:20-cv-02698-YGR)

AMENDED NOTICE OF HEARING ON MOTION AND MOTION TO COMPEL ARBITRATION

**TO PLAINTIFF LUCIA GRECO NAD HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE that** Defendants UBER TECHNOLOGIES, INC., RASIER, LLC and RASIER-CA, LLC's ("Defendants") motion for an Order compelling the arbitration of Plaintiff Lucia Greco's ("Plaintiff") claims and staying all proceedings until completion of binding arbitration originally noticed for Tuesday, August 11, 2020 at 2:00 p.m., is hereby being re-noticed pursuant to Local Rule 7-2(a) for **Tuesday, September 1, 2020 at 2:00 p.m.** or soon thereafter as the matter may be heard in the above-captioned Court, located at 1301 Clay Street, Oakland, California, 94612.

This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* on the grounds that the Parties unequivocally entered into a binding and enforceable Arbitration Agreement applicable to this dispute that Plaintiff refuses to honor. Accordingly, Defendants respectfully request that the Court hold Plaintiff to her agreement to arbitrate her individual claims.

This Motion is based on this Notice, the Memorandum of Points and Authorities, the Request for Judicial Notice and exhibits thereto, the declarations of Rosemary Barajas and Morgan T. Jackson and exhibits thereto, filed herewith, the pleadings and files of the Court herein, and on such further argument and evidence as may be presented at the time of the hearing of this matter.

Dated:   July 17, 2020

                                           */s/ Andrew. M. Spurchise*
                                           ANDREW M. SPURCHISE
                                           LITTLER MENDELSON, P.C.
                                           Attorney for Defendants
                                           UBER TECHNOLOGIES, INC., RASIER, LLC and RASIER-CA, LLC

4829-3685-5235.1 073208.1995

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.   (Case No. 4:20-cv-02698-YGR)
AMENDED NOTICE OF HEARING ON MOTION AND MOTION TO COMPEL ARBITRATION