Adam B. Wolf, Bar No. 215914
Catherine Cabalo, Bar No. 248198
Tracey B. Cowan, Bar No. 250053
PEIFFER WOLF CARR KANE & CONWAY
A Professional Law Corporation
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:   415.766.3592
Facsimile:   415.402.0058
Email:       awolf@peifferwolf.com
             ccabalo@peifferwolf.com
             tcowan@peifferwolf.com

Attorneys for Plaintiff LUCIA GRECO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUCIA GRECO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.; RAISER, LLC; and RAISER-CA, LLC,<br><br>　　　　　Defendants. | Case No.  4:20-cv-02698-YGR<br><br>**DECLARATION OF CATHERINE CABALO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING APPEAL**<br><br>Date:　　　November 17, 2020<br>Time:　　　2:00 p.m.<br>Judge:　　　Hon. Yvonne Gonzalez Rogers<br>Location:　　Zoom video<br><br>Complaint Filed:  April 19, 2020 |

I, Catherine Cabalo, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of California and am Of Counsel at the law firm of Peiffer Wolf Carr Kane & Conway ("Peiffer Wolf"). I represent Plaintiff Lucia Greco in this action. I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Stay Pending Appeal. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them.

2. In a case that I and my firm are handling against Uber Technologies, Inc. ("Uber") for a different client who is blind and was denied numerous rides by Uber drivers, the Demand for Arbitration was filed with the American Arbitration Association on July 9, 2018, and the arbitration hearing is scheduled to commence December 15, 2020.

3. In this other case against Uber, the parties were allowed multiple depositions, written discovery, formal requests for documents, and dispositive motions. Uber deposed our blind client and filed a summary judgment motion, which was denied on all but one peripheral and nondispositive issue.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 22, 2020 in San Francisco, California.

                                  */s/ Catherine Cabalo*
                                  Catherine Cabalo