UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCIA GRECO,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

    Defendants.

Case No. 20-cv-02698-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | June 30, 2021 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: June 30, 2021<br>Rebuttal: July 30, 2021 |
| EXPERT DISCOVERY CUTOFF: | August 13, 2021 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | August 17, 2021 [Filed July 13, 2021] |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, December 10, 2021 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | December 17, 2021 |
| PRETRIAL CONFERENCE: | Friday, January 14, 2022 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, January 31, 2022 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance deadline on Friday, December 10, 2021 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 19, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge