Adam B. Wolf, CA Bar No. 215914
Catherine Cabalo, CA Bar No. 248198
Tracey B. Cowan, CA Bar No. 250053
Peiffer Wolf Carr Kane & Conway, APLC
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:     415.766.3592
Facsimile:      415.402.0058
Email: awolf@peifferwolf.com
          ccabalo@peifferwolf.com
          tcowan@peifferwolf.com

Attorneys for Plaintiff

[*ATTORNEYS FOR DEFENDANTS LISTED ON SECOND PAGE*]

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
5/14/2021

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LUCIA GRECO,<br><br>                    Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC,<br><br>                    Defendants. | CASE NO. 4:20-cv-02698-YGR<br><br>**STIPULATED DISMISSAL OF ACTION** |

Andrew M. Spurchise, Bar No. 245998
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719

Alice H. Wang, Bar No. 289631
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendants
UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC

Plaintiff Lucia Greco ("Plaintiff") and Defendants Uber Technologies, Inc.; Raiser, LLC; and Raiser-CA, LLC ("Defendants") (collectively, the "Parties") have settled this matter and seek to dismiss it in full. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully stipulate to dismiss this matter with prejudice. Each party will bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: May 12, 2021             PEIFFER WOLF CARR KANE & CONWAY, LLP

                                By:  *s/ Catherine Cabalo*
                                     Catherine Cabalo
                                Attorney for Plaintiff LUCIA GRECO

Dated: May 12, 2021             LITTLER MENDELSON, P.C.

                                By:  *s/ Alice Wang*
                                     Alice Wang
                                Attorneys for Defendants UBER TECHNOLOGIES, INC.; RAISER, LLC; and RAISER-CA, LLC

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory whose signature is indicated by a

conformed signature ("/s/") within this e-filed document.

Dated: May 12, 2021                                    *s/ Catherine Cabalo*
                                                       Catherine Cabalo